## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE:                                                                                    **CASE NO.: 25-19517-JKS**
                                                                                                                    **CHAPTER 13**

**Rex V. Fernandez,**
    **Debtor.**

_____/

### REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2005-WMC1 Asset Backed Pass-Through Certificates, Series 2005-WMC1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: /s/Nathalie Rodriguez
                                           Nathalie Rodriguez
                                           Email: NRodriguez@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

REX V. FERNANDEZ
144 W. CENTRAL AVENUE
BERGENFIELD, NJ 07621

And via electronic mail to:

RUSSELL L LOW
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD, SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill