Certificate Number: 00927-NJ-DE-040275804

Bankruptcy Case Number: 25-19517



00927-NJ-DE-040275804

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2025, at 5:56 o'clock PM EST, REX V FERNANDEZ completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   November 4, 2025            By:   /s/Al Duarte

Name:   Al Duarte

Title:   Certified Credit Counselor