RUSSELL L. LOW, ESQ.  RLL-4745
LOW & LOW, ESQS.
505 Main Street  -  Suite 304
Hackensack, New Jersey    07601
(201) 343-4040
Attorneys for Debtor (s)

Order Filed on December 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Rex V. Fernandez | : | HONORABLE JOHN K. SHERWOOD |
| | : | CHAPTER 13 |
| Debtor (s) | : | CASE NO. 25-19517 |
| | : | HEARING: December 11, 2025 at 10:00 a.m. |

### ORDER IMPOSING

☐    CASE            ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

DATED: December 11, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

The Automatic Stay is imposed as to SELECT PORTFOLIO SERVICING INC. and All Creditors properly served effective the date of this Order.