RUSSELL L. LOW, ESQ.  RLL-4745
LOW & LOW, ESQS.
505 Main Street  -  Suite 304
Hackensack, New Jersey    07601
(201) 343-4040
Attorneys for Debtor (s)

Order Filed on December 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Rex V. Fernandez | : | HONORABLE JOHN K. SHERWOOD |
| | : | CHAPTER 13 |
| Debtor (s) | : | CASE NO. 25-19517 |
| | : | HEARING: December 11, 2025 at 10:00 a.m. |

## ORDER IMPOSING

☐    CASE            ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

DATED: December 11, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED** that:

The Automatic Stay is imposed as to SELECT PORTFOLIO SERVICING INC. and All Creditors properly served effective the date of this Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-19517-JKS |
| Rex V. Fernandez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

**Recip ID          Recipient Name and Address**
db              + Rex V. Fernandez, 144 W. Central Avenue, Bergenfield, NJ 07621-1208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025                         Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:

**Name                    Email Address**

Denise E. Carlon
                        on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Nathalie Rodriguez
                        on behalf of Creditor U.S. Bank Trust Company National Association nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Russell L. Low
                        on behalf of Debtor Rex V. Fernandez ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                     User: admin                                        Page 2 of 2
Date Rcvd: Dec 11, 2025            Form ID: pdf903                                Total Noticed: 1
TOTAL: 5